IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **1530 MAIN, L.P.** <br> **D/B/A THE JOULE,** <br><br> *Plaintiff*, <br><br> v. <br><br> **KAIROI MANAGEMENT, LLC,** *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | Case No. 3:22-cv-245N |

### PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to a settlement agreement between the parties, Plaintiff 1530 Main, L.P. d/b/a The Joule files this Notice of Dismissal without prejudice under Fed. Rule Civ. P. 41(a)(1)(A). None of the Defendants have filed an answer of a motion for summary judgment. Plaintiff requests the Court to dismiss its suit against all Defendants without prejudice to refiling.

Dated: March 11, 2022

Respectfully submitted,

**SCHEEF & STONE, LLP**

*/s/ Robin L. Barnes*
Robin L. Barnes
Texas Bar No. 24009952
Robin.barnes@solidcounsel.com
500 North Akard Street, Ste. 2700
Dallas, Texas 75201
T: (214) 706-4200
F: (214) 706-4242

A. Becca Skupin
Texas Bar No. 24084272
Becca.skupin@solidcounsel.com
200 N. Travis St., Ste. 402
Sherman, Texas 75090
(430) 262-5660

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas – Dallas Division using the electronic case filing system of the Court and that a true and correct copy of this document was served on the attorneys for Defendants by email at the email address indicated below:

Marko Zoretic
Knobbe Martens
2040 Main St., 14th Fl.
Irvine, CA92614
Marko.zoretic@knobbe.com


Connie Arambula
Karoi Management, LLC
711 Navarro Street, Suite 400
San Antonio, TX 78205
carambula@kairoi.com


                                        */s/ Robin L. Barnes*
                                        **ROBIN L. BARNES**